■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. KESTER SANDY, Appellant, v HAROLD D. GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. [974 NYS2d 828]—Ap-

peal from a judgment (denominated memorandum, decision and order) of the Supreme Court, Cayuga County (Mark H. Fandrich, A.J.), entered April 20, 2012 in a proceeding pursuant to CPLR article 70. The judgment denied and dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Fahey, J.P., Peradotto, Lindley, Sconiers and Whalen, JJ.